In the Matter of EDWARD H. GRAHAM, Deceased.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK v. CAMILLE WEIDENFELD, Impleaded, etc.— Motion denied, with leave to renew at next motion day of this court. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS DLUGASCH v. STUYVESANT TRANSPORTATION COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

PAUL J. EXNER & SON, INC., v. JOHN H. SULLIVAN COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of EUGENE TUCKER and Others, etc.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

---

## SECOND DEPARTMENT, JULY, 1919.

WILLIAM BARRETT, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

GEORGE W. BECKEL, as Executor, etc., of JOSEPH BECKEL, Deceased, Respondent, v. ARTHUR K. SALOMON and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal and bring the case on for argument on Monday, September 29, 1919. Present — Mills, Rich, Putnam and Kelly, JJ.

LESTER I. BLOHM, Appellant, v. EDWARD E. BLOHM, Individually and as Executor and Trustee, etc., Respondent.— Upon consideration of the report of the official referee, with the briefs thereon, it is ordered that the appeal be dismissed upon condition that respondent file a stipulation within ten days to pay the taxable costs and disbursements of the appeal up to this date, and to remit and abandon the amount seventy-six dollars and eighty-five cents of costs recovered in the judgment; otherwise, motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

JOHN FARRELL and Others, Appellants, v. (JENNIE M. BRADY) MARY E. T. DUNN and Another, as Executrices, etc., Respondents.— Motion denied, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

FISH & MARVIN, Appellant, v. VILLAGE OF SCARSDALE and NEW YORK CENTRAL RAILROAD COMPANY, Respondents.— Motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.